# Exhibit 1



EXHIBIT 1