# Exhibit 2



# HERCULES

**Reg. No. 4,568,874**  
**Registered July 15, 2014**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

OKO INTERNATIONAL CO. (FLORIDA CORPORATION)  
1072 E NEWPORT CENTER DR.  
DEERFIELD BEACH, FL 33442

FOR: WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 3-13-2014; IN COMMERCE 3-13-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-696,470, FILED 8-6-2012.

JEFF DEFORD, EXAMINING ATTORNEY



**Deputy Director of the United States**  
**Patent and Trademark Office**

EXHIBIT 2