# Exhibit 4

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 88651855**
**Filing Date: 10/11/2019**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | INVICTA HERCULES |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | INVICTA HERCULES |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Invicta Watch Company of America, Inc. |
| *STREET | 3069 Taft Street |
| *CITY | Hollywood |
| *STATE (Required for U.S. applicants) | Florida |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 33021 |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| * STATE/COUNTRY OF INCORPORATION | Florida |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| * INTERNATIONAL CLASS | 014 |
| *IDENTIFICATION | Watches |
| *FILING BASIS | SECTION 1(b) |
| **ADDITIONAL STATEMENTS SECTION** | |
| *TRANSLATION | The English translation of INVICTA in the mark is |

EXHIBIT 4

| | |
|---|---|
| (if applicable) | unconquered. |
| *TRANSLITERATION<br>(if applicable) | |
| *CLAIMED PRIOR REGISTRATION<br>(if applicable) | The applicant claims ownership of active prior U.S.<br>Registration Number(s) 3794565, 2850568, and 2947259. |
| *CONSENT (NAME/LIKENESS)<br>(if applicable) | |
| *CONCURRENT USE CLAIM<br>(if applicable) | |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Ben Natter |
| ATTORNEY DOCKET NUMBER | A199-112 |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Haug Partners, LLP |
| STREET | 745 Fifth Avenue |
| CITY | New York |
| STATE | New York |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 10151 |
| EMAIL ADDRESS | bnatter@haugpartners.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| *NAME | Ben Natter |
| FIRM NAME | Haug Partners, LLP |
| *STREET | 745 Fifth Avenue |
| *CITY | New York |
| *STATE<br>(Required for U.S. addresses) | New York |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 10151 |
| *EMAIL ADDRESS | bnatter@haugpartners.com; docket@haugpartners.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| | |
|---|---|
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 225 |
| *TOTAL FEE PAID | 225 |

## SIGNATURE INFORMATION

| * SIGNATURE | //Ben Natter// |
|---|---|
| * SIGNATORY'S NAME | Ben Natter |
| * SIGNATORY'S POSITION | Attorney of record, member NY bar |
| * DATE SIGNED | 10/11/2019 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 88651855**
**Filing Date: 10/11/2019**

## To the Commissioner for Trademarks:

**MARK:** INVICTA HERCULES (Standard Characters, see mark)
The literal element of the mark consists of INVICTA HERCULES. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Invicta Watch Company of America, Inc., a corporation of Florida, having an address of
    3069 Taft Street
    Hollywood, Florida 33021
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 014:  Watches
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 3794565, 2850568, and 2947259.

**Translation**
The English translation of INVICTA in the mark is unconquered.

The applicant hereby appoints Ben Natter. Ben Natter of Haug Partners, LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
    745 Fifth Avenue
    New York, New York 10151
    United States
    bnatter@haugpartners.com (authorized).
The attorney docket/reference number is A199-112.
Ben Natter submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:
    Ben Natter
    Haug Partners, LLP
    745 Fifth Avenue
    New York, New York 10151
    bnatter@haugpartners.com; docket@haugpartners.com (authorized).

**Email Authorization:** I authorize the USPTO to send email correspondence concerning the application to the applicant or the applicant's attorney, or the applicant's domestic representative at the email address provided in this application. I understand that a valid email address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Plus status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

<b>Declaration</b>

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**AND/OR**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: //Ben Natter//   Date: 10/11/2019
Signatory's Name: Ben Natter
Signatory's Position: Attorney of record, member NY bar
Payment Sale Number: 88651855
Payment Accounting Date: 10/11/2019

Serial Number: 88651855
Internet Transmission Date: Fri Oct 11 17:49:20 EDT 2019
TEAS Stamp: USPTO/FTK-XX.XXX.XXX.X-20191011174920001
713-88651855-6101b32d893f61b7f64bfa553db
e9fe77502191ee6b150affee43f592f98294dc-C
C-49189592-20191011174016988333

# INVICTA HERCULES