# Exhibit 5



EXHIBIT 5