# Exhibit 6



EXHIBIT 6

